TROUTMAN SANDERS LLP
Anna Jane I. Zarndt
Nevada Bar Number 10809
annajane.zarndt@troutmansanders.com
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 509-6000
Facsimile: (858) 509-6040

Gary E. Schnitzer
Nevada Bar Number 395
KRAVITZ, SCHNITZER & JOHNSON
gschnitzer@ksjattorneys.com
8985 S. Eastern Avenue, Suite 200,
Las Vegas, NV 89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com

*Counsel for Defendant Litton Loan Servicing LP*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH A. MCKINNEY, | Case No. 2:18-cv-01406 |
| Plaintiff, | |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, and LITTON LOAN SERVICING, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT** |
| Defendants. | |

    Plaintiff DEBORAH A. MCKINNEY ("Plaintiff"), by and through her counsel, and Defendant LITTON LOAN SERVICING LP ("Litton"), by and

through its counsel, agree and stipulate as follows:

IT IS HEREBY STIPULATED that Litton shall have up to and including **September 25, 2018** within which to file its response to Plaintiff's Complaint filed on July 30, 2018:

1. Litton was served on August 3, 2018 and its Answer is currently due August 20, 2018.

2. Since Litton was served, the Parties are engaging in settlement discussions.

3. The Parties expect to determine within the next few weeks whether this action can be resolved at this early stage.

4. This is the first stipulation for an extension of time to respond to the Complaint, and this request is not being made for purposes of delay or any other improper reason.

STIPULATED and AGREED to this 17th day of August 2018.

*/s/ Anna Jane I. Zarndt*
Anna Jane I. Zarndt
Nevada Bar Number 10809
TROUTMAN SANDERS LLP
annajane.zarndt@troutmansanders.com
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 509-6000
Facsimile: (858) 509-6040

Gary E. Schnitzer
Nevada Bar Number 395
KRAVITZ, SCHNITZER & JOHNSON
gschnitzer@ksjattorneys.com
8985 S. Eastern Avenue, Suite 200,
Las Vegas, NV 89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com

*Counsel for Defendant Litton Loan Servicing LP*

*/s/ David H. Krieger*
David H. Krieger, Esq.
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorney for Plaintiff Deborah A. McKinney*

# ORDER

Based on the foregoing stipulation:

IT IS HEREBY ORDERED that Defendant Litton Loan Servicing LP shall have up to and including September 25, 2018 within which to file its response to Plaintiff's Complaint.

DATED this __21__ day of August 2018.

**IT IS SO ORDERED.**

_____

UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2018, I served a true and correct copy of this **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT** upon all counsel of record by using the United States District Court, District of Nevada's Case Management/Electronic Case Filing System that will electronically mail notification to all parties appearing in this case.

David H. Krieger, Esq.
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorney for Plaintiff*

*/s/ Anna Jane I. Zarndt*
Anna Jane I. Zarndt

28633647v1